# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC., | ) | ~~MDL DOCKET NO 1396~~ 02-446 |
| SILZONE HEART VALVES PRODUCT | ) | NEBRASKA CASE NO 4:01CV3335 |
| LIABILITY LITIGATION | ) | |

## STIPULATED ORDER DISMISSING CASE AS TO CERTAIN DEFENDANTS

In Nebraska case number 4:01CV3335, Laura Stanton, plaintiff, versus St. Jude Medical, et. al., defendants, counsel for the parties have stipulated in accordance with FRCP 41(a)(1)(ii) that the action should be dismissed as to the defendants Dr. Donald Wirth and Family Practice of Grand Island, P.C., only, which dismissal is without prejudice to the right of the plaintiff to proceed with an action against said defendants in the District Court of Lancaster County, Nebraska, case number CI 01–4638. The Court now finds that the stipulation should be, and it is hereby approved.

THEREFORE this action is dismissed as to defendants Dr. Donald Wirth and Family Practice of Grand Island, P. C.

IT IS SO ORDERED:

John R. Tunheim

Honorable Judge John R. Tunheim

Entered: May 14, 2002.

FILED MAY 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE ST. JUDE MEDICAL, INC. Silzone Heart Valves Products Liability Litigation. | ) ) ) ) ) | MDL Docket No. 1396<br><br>Nebraska Case No. 4:01CV3335<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

The plaintiff, LAURA STANTON, Executor of the Estate of THOMAS STANTON, Deceased, stipulates with the defendants, DR. WIRTH and FAMILY PRACTICE OF GRAND ISLAND, P.C., and their attorneys, Mark Christensen and Kevin J. Schneider, Cline, Williams, et al., under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure to dismiss her cause of action against the defendants, DR. WIRTH and FAMILY PRACTICE OF GRAND ISLAND, P.C., pled in Count XI, without prejudice to proceeding against that defendant in the State Court of Nebraska under General Number CI 01-4638.

Terrence E. Leonard

Terrence E. Leonard, Attorney for Plaintiff
TERRENCE E. LEONARD, CHARTERED
100 West Monroe Street, Suite 1310
Chicago, IL 60603

David M. Geier, Attorney for Plaintiff
1141 H Street
P.O. Box 83104
Lincoln, NE 68501-3104

Mark A Christensen

Mark A. Christensen, Attorney for Defendants
Kevin J. Schneider , Attorney for Defendants
CLINE, WILLIAMS, et al.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508-2095