UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LAURA STANTON, as Administrator of the Estate of THOMAS STANTON, Deceased,

Plaintiff,

v.

ST. JUDE MEDICAL, INC.; SPIRE BIOMEDICAL, INC. a/k/a Spire Corporation,

Defendants.

Civil No. 02-446 (JRT)

**ORDER**

---

Terrence E. Leonard, LEONARD LAW OFFICE, 100 West Monroe Street, Suite 1310, Chicago, IL 60603, David M. Geier, BARTLE & GEIER, 1141 H. Street, P.O. Box 83104, Lincoln, NE 68501, for plaintiff.

Susan E. Fieber and Brian D. Nolan, NOLAN OLSON, HANSEN. FIEBER, LAUTENBAUGH & GREEN, 300 South 19th Street, Suite 302, Omaha, NE 68102, for defendant Spire.

This matter is before the Court on plaintiff's motion pursuant to Federal Rule of Civil Procedure 54(b) for an order that there is no just reason for delay and an express direction for entry of judgment as to plaintiff's claims against Spire Biomedical, Inc. a/k/a Spire Corporation.

Upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that there being no just reason for delay, plaintiff's motion pursuant to Federal Rule of Civil Procedure 54(b) is **GRANTED**, and the clerk is directed to enter

AUG 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

judgment in favor of Spire Biomedical, Inc. a/k/a Spire Corporation on all claims against it.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Aug. 19, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge