IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS<br>LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Laura Stanton, as administrator of the estate of<br>Thomas Stanton<br>Case No.: 0:02-cv-00446-JRT | MDL. No. 1396<br>(Civil No. 0:02-cv-00446-JRT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Laura Stanton, as administrator of the estate of Thomas Stanton ("Plaintiff"), and Defendant St. Jude Medical, Inc., by and through their respective counsel, hereby agree and stipulate that all of Plaintiff's claims against Defendant St. Jude Medical, Inc. are dismissed *with prejudice*. The parties' stipulation is made pursuant to Rule 41(a)(1)(A)(ii). Each party bears its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

By: [signature]

Terrence Leonard
Leonard Law Office
100 W Monroe St Ste 1310
Chicago, IL 60603
Telephone: 312.263.4604
Facsimile: 312.6263.0182
Attorney for Plaintiff Laura Stanton

By: [signature]

Steven M. Kohn
Reed Smith LLP
1999 Harrison Street
Oakland, CA 94612
Telephone: 510.466.6727
Facsimile: 510.273.8832
Attorney for Defendant St. Jude Medical, Inc.