IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re:

ST. JUDE MEDICAL, INC.
SILZONE HEART VALVE PRODUCTS
LIABILITY LITIGATION

This pleading relates to:

Laura Stanton, as administrator of the
estate of Thomas Stanton
Case No. 0:02-cv-00446-JRT

MDL. No. 1396
(0:02-cv-00446-JRT)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I caused the following documents:

1. Stipulation for Dismissal with Prejudice
2. Proposed Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Susan E Fieber
Nolan Olson
300 S 19th St Ste 302
Omaha, NE 68102

David M Geier
Bartle Geier
PO Box 83104
Lincoln, NE 68501-3104

Terrence Leonard
Leonard Law Office
100 W Monroe St Ste 1310
Chicago, IL 60603

Walter E Zink, II
Baylor Evnen
206 S 13th St Ste 1200
Lincoln, NE 68508-2077

DATED: March 17, 2008

HALLELAND LEWIS NILAN &
JOHNSON, PA

s/Tracy J. Van Steenburgh
Tracy J. Van Steenburgh, Reg. No. 141173
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
(612) 338-1838

Attorneys for Defendant
St. Jude Medical, Inc.